## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael S. Raskay                          CHAPTER 13
      Denise E. Raskay

        Debtor(s)                          BKY. NO. 22-10268 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, Not In Its Individual Capacity But Solely as Trustee for BCAT 2020-3TT and index same on the master mailing list.

                    Respectfully submitted,

/s/ Rebecca Solarz

Rebecca Solarz
11 Mar 2022, 10:16:17, EST

      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322

Document ID: acb69545f692be552ceddfb57b4949a83a9bf00655ca1557dd45adeeb96137a9