# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                            Chapter 13

MICHAEL  S RASKAY                             Bankruptcy No. 22-10268-MDC
DENISE  E RASKAY
409 EVANS AVENUE

WILLOW GROVE, PA 19090

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
MICHAEL  S RASKAY
DENISE  E RASKAY
409 EVANS AVENUE

WILLOW GROVE, PA 19090

**Counsel for debtor(s), by electronic notice only.**
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 4/5/2022                                                                                        /s/ Kenneth E. West

                                                                                                               _____
                                                                                                               Kenneth E. West, Esquire
                                                                                                               Chapter 13 Standing Trustee