IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Michael S. Raskay | : | Chapter 13 |
| Denise E. Raskay | : | Case No. 22-10268-MDC |
| Debtor(s) | : | |

**RESPONSE TO THE MOTION FOR RELIEF OF AUTOMATIC STAY FILED BY WILMINGTON SAVINGS FUND SOCIETY, FSB**

Debtors, Michael and Denise Raskay, by and through their undersigned Counsel, Brad J. Sadek, in response to the Motion for Relief filed by Wilmington Savings Fund Society FSB, hereby submits the following:

1. Admitted

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted payments were missed. Debtors have a cure payment scheduled for May 19, 2022 and respectfully request the chance to catch up.

10. Debtors oppose the same.

11. Denied.

12. Denied.

13. Debtors agree to negotiate the same via Stipulation of Settlement.

14. Denied.

     WHEREFORE, based on the aforementioned, Debtor respectfully requests that Movant shall be denied an Order granting relief of the Automatic Stay pursuant to 11 U.S.C.§ 362.

Dated: May 17, 2022            /s/ Brad J. Sadek, Esq.

           _____
           Brad J. Sadek, Esq.
           Attorney for the Debtor
           Sadek & Cooper
           1315 Walnut Street, #502
           Philadelphia, PA 19107
           (215) 545-0008

---

## CERTIFICATE OF SERVICE

    I, Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Response to the Motion for Relief from Automatic Stay by electronic or Regular U.S. Mail on all creditors and the following parties:

**Kenneth E. West, Esq.**
Standing Chapter 13 Trustee
Electronic Notice

**Daniel P. Jones, Esq.**
Attorney for Movant *Wilmington Savings Fund Society, FSB*
Electronic Notice to *djones@sterneisenberg.com*

Dated: May 17, 2022            /s/Brad J. Sadek, Esq
           Brad J. Sadek, Esq.
           Attorney for Debtor
           1315 Walnut Street
           Suite #502
           Philadelphia, PA 19107