# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　　Michael S Raskay Denise E Raskay<br>　　　　　Debtor(s)<br>------------------------------------------------<br>Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee for BCAT 2018-20TT<br>　　　　　　　　Creditor/Movant<br>v.<br>Michael S Raskay<br>Denise E Raskay<br><br>　　　　　　Debtor(s) | Chapter: 13<br><br>Bankruptcy Case: 22-10268-mdc<br><br>Judge: COLEMAN, MAGDELINE D. |

## ORDER APPROVING STIPULATION/CONSENT ORDER

AND NOW, upon consideration of the Stipulation between Debtor and Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee for BCAT 2018-20TT, it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

_____
Date:  June 2, 2022　　　　　　　　　　MAGDELINE D. COLEMAN
　　　　　　　　　　　　　　　　　　CHIEF U.S. BANKRUPTCY JUDGE