United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 22-10268-mdc
Michael S Raskay | Chapter 13
Denise E Raskay
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Jun 02, 2022     Form ID: pdf900     Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael S Raskay, Denise E Raskay, 409 Evans Avenue, Willow Grove, PA 19090-3601 |
| cr | + | Wilmington Savings Fund Society, FSB, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14675724 | + | Wilmington Savings Fund Society, FSB, c/o Rebecca Solarz, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 14689189 | + | Wilmington Savings Fund Society, FSB, c/o Steven K. Eisenberg, Esq., 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington PA 18976-3403 |
| 14683409 | | Wilmington Savings Fund Society, FSB, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14668397 | + | Wilmington Savings Fund Society, FSB, not in its, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jun 03 2022 00:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 03 2022 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + Email/PDF: gecsedi@recoverycorp.com | Jun 03 2022 00:12:48 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 02, 2022 | Form ID: pdf900 | Total Noticed: 9 |

Date: Jun 04, 2022                       Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2022 at the address(es) listed below:**

**Name**  **Email Address**

BRAD J. SADEK
on behalf of Joint Debtor Denise E Raskay brad@sadeklaw.com
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRAD J. SADEK
on behalf of Debtor Michael S Raskay brad@sadeklaw.com
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

DANIEL P. JONES
on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee for BCAT 2018-20TT djones@sterneisenberg.com, bkecf@sterneisenberg.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

REBECCA ANN SOLARZ
on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee for BCAT 2018-20TT bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

STEVEN K. EISENBERG
on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee for BCAT 2018-20TT seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>    Michael S RaskayDenise E Raskay<br>    Debtor(s)<br>-----------------------------------------------<br>Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee for BCAT 2018-20TT<br>                Creditor/Movant<br>v.<br>Michael S Raskay<br>Denise E Raskay<br><br>                Debtor(s) | Chapter: 13<br><br>Bankruptcy Case: 22-10268-mdc<br><br>Judge: COLEMAN, MAGDELINE D. |

**ORDER APPROVING STIPULATION/CONSENT ORDER**

AND NOW, upon consideration of the Stipulation between Debtor and Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee for BCAT 2018-20TT, it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

*Magdeline D. Coleman*

Date: June 2, 2022

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE