United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 22-10268-mdc

Michael S Raskay                                                                Chapter 13

Denise E Raskay

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 21, 2022 | Form ID: 155 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael S Raskay, Denise E Raskay, 409 Evans Avenue, Willow Grove, PA 19090-3601 |
| 14666809 | + | Aqua Pennsylvania, PO Box 1229, Newark, NJ 07101-1229 |
| 14666820 | | PECO, P.O. Box 37629, Prospect Park, PA 19076 |
| 14666824 | + | Stern & Eisenberg PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14669463 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14666826 | + | Upper Moreland Hatboro Joint Sewer Auth, 2875 Terwood Road, Willow Grove, PA 19090-1434 |
| 14675724 | + | Wilmington Savings Fund Society, FSB, c/o Rebecca Solarz, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 14689189 | + | Wilmington Savings Fund Society, FSB, c/o Steven K. Eisenberg, Esq., 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington PA 18976-3403 |
| 14683409 | | Wilmington Savings Fund Society, FSB, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14666810 | + | Email/Text: bknotice@ercbpo.com | Jul 22 2022 00:06:00 | Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14666811 | | Email/Text: ECF@fayservicing.com | Jul 22 2022 00:06:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680 |
| 14666812 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 22 2022 00:06:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14666813 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 22 2022 00:11:51 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14666814 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 22 2022 00:06:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14666815 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 22 2022 00:06:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 14666816 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2022 00:11:52 | LVNV Funding LLC, P.O. Box 740281, Houston, TX 77274-0281 |
| 14683678 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2022 00:11:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14668572 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2022 00:11:52 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14668397 | | Email/Text: BankruptcyECFMail@mccalla.com | Jul 22 2022 00:06:00 | Wilmington Savings Fund Society, FSB, not in its, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14666817 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

District/off: 0313-2            User: admin            Page 2 of 3

Date Rcvd: Jul 21, 2022            Form ID: 155            Total Noticed: 28

|  |  |  |  |
|---|---|---|---|
|  |  | Jul 22 2022 00:06:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14666819 | + Email/Text: bankruptcy@sccompanies.com |  |  |
|  |  | Jul 22 2022 00:06:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14679343 | + Email/Text: bankruptcygroup@peco-energy.com |  |  |
|  |  | Jul 22 2022 00:06:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14666821 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com |  |  |
|  |  | Jul 22 2022 00:11:56 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14666823 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com |  |  |
|  |  | Jul 22 2022 00:11:51 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14686891 | Email/Text: RVSVCBICNOTICE1@state.pa.us |  |  |
|  |  | Jul 22 2022 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14667360 | + Email/PDF: gecsedi@recoverycorp.com |  |  |
|  |  | Jul 22 2022 00:11:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14666825 | Email/PDF: ais.tmobile.ebn@aisinfo.com |  |  |
|  |  | Jul 22 2022 00:11:54 | T-Mobile, PO Box 37380, Albuquerque, NM 87176 |
| 14666827 | + Email/Text: Great_Lakes_EBN_Docs@nelnet.net |  |  |
|  |  | Jul 22 2022 00:06:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14666818 | *+ | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reine Ste 100, San Diego, CA 92108-3007 |
| 14666822 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2022            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK |  |
|  | on behalf of Joint Debtor Denise E Raskay brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK |  |
|  | on behalf of Debtor Michael S Raskay brad@sadeklaw.com |

bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

DANIEL P. JONES

on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee for BCAT 2018-20TT djones@sterneisenberg.com, bkecf@sterneisenberg.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

REBECCA ANN SOLARZ

on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee for BCAT 2018-20TT bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

STEVEN K. EISENBERG

on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee for BCAT 2018-20TT seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Michael S Raskay and Denise E
Raskay

      Debtor(s)

Chapter: 13

Bankruptcy No: 22−10268−mdc

---

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this July 21, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                    Magdeline D. Coleman
                    Chief Judge ,
                    United States Bankruptcy Court

                                 49
                             Form 155