# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-10268-MDC

MICHAEL S RASKAY
DENISE E RASKAY
409 EVANS AVENUE

WILLOW GROVE, PA 19090

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MICHAEL S RASKAY
    DENISE E RASKAY
    409 EVANS AVENUE

    WILLOW GROVE, PA 19090

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK AND COOPER LAW FIRM
    1500 JFK BLVD., SUITE 220
    PHILADELPHIA, PA 19102-

                                      /S/ Kenneth E. West

Date: 9/29/2022                                       _____

                                                      Kenneth E. West, Esquire
                                                      Chapter 13 Standing Trustee