# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Michael S Raskay | : | Chapter 13 |
| Denise E Raskay | : | |
| | : | Case No.: 22-10268-MDC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Supplemental Application for Compensation and respectfully request that the Order attached to the Application be approved.

Dated: April 5, 2023                                           /s/ Brad J. Sadek, Esquire
                                                                                                  Brad J. Sadek, Esquire
                                                                                                  Sadek and Cooper Law Offices, LLC
                                                                                                  1500 JFK Boulevard, Suite #220
                                                                                                  Philadelphia, Pa 19102
                                                                                                  215-545-0008