United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10268-mdc |
| Michael S Raskay | Chapter 13 |
| Denise E Raskay | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 21, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2023:**

**Recip ID                    Recipient Name and Address**
db/jdb                    + Michael S Raskay, Denise E Raskay, 409 Evans Avenue, Willow Grove, PA 19090-3601

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2023                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2023 at the address(es) listed below:**

**Name                          Email Address**

BRAD J. SADEK
                          on behalf of Joint Debtor Denise E Raskay brad@sadeklaw.com
                          bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRAD J. SADEK
                          on behalf of Debtor Michael S Raskay brad@sadeklaw.com
                          bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRIAN CRAIG NICHOLAS
                          on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee for BCAT
                          2018-20TT bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DANIEL P. JONES
                          on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee for BCAT
                          2018-20TT djones@sterneisenberg.com, bkecf@sterneisenberg.com

KENNETH E. WEST

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Apr 21, 2023                       Form ID: pdf900                              Total Noticed: 1

                              on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                              ecfemails@ph13trustee.com  philaecf@gmail.com

STEVEN K. EISENBERG
                              on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee for BCAT
                              2018-20TT seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
                              USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Michael S. Raskay | : | |
| Denise E. Raskay | : | Chapter 13 |
| | : | |
| Debtors | : | Case No.: 22-10268-MDC |

### O R D E R

AND NOW, upon consideration of the Motion to Modify Plan after Confirmation, and after notice and an opportunity to be heard, it is hereby:

ORDERED and DECREED that the Chapter 13 Plan may be modified. It is further

ORDERED that the Debtor's new Chapter 13 Plan payment shall be $1,327.00 per month

for 47 months.

Dated: __April 20, 2023__

_Magdeline D. Colen_

_____

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE