**IN THE UNITED STATES BANKRUPTCY COURT FOR**
EASTERN          **DISTRICT OF** PENNSYLVANIA
PHILADELPHIA      **DIVISION**

In re

MICHAEL S RASKAY

DENISE E RASKAY

                              Debtors.

In Chapter 13 Proceeding

Case No. 22-10268

## REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank      c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on 2/8/2022      Docket Number 10 .

Dated:  This 10 <sup>th</sup> day of July      , 2023

By:    /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## Certificate of Service

I hereby certify that a copy of the foregoing was served electronically to the following parties:

BRAD J SADEK
Attorney

KENNETH E WEST
Chapter 13 Trustee

Dated: This 10 th day of July , 2023

By:    /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257