United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael S Raskay  
Denise E Raskay  
    Debtors

Case No. 22-10268-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2  
Date Rcvd: Jul 13, 2023    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Michael S Raskay, Denise E Raskay, 409 Evans Avenue, Willow Grove, PA 19090-3601 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 15, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2023 at the address(es) listed below:

**Name**     **Email Address**

BRAD J. SADEK  
    on behalf of Joint Debtor Denise E Raskay brad@sadeklaw.com  
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRAD J. SADEK  
    on behalf of Debtor Michael S Raskay brad@sadeklaw.com  
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRIAN CRAIG NICHOLAS  
    on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee for BCAT 2018-20TT bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DANIEL P. JONES  
    on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee for BCAT 2018-20TT djones@sterneisenberg.com, bkecf@sterneisenberg.com

KENNETH E. WEST

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 13, 2023 | Form ID: pdf900 | Total Noticed: 1

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

STEVEN K. EISENBERG

on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee for BCAT 2018-20TT seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Michael S. Raskay | : | Chapter 13 |
| Denise E. Raskay, | : | |
| | : | Case No.: 22-10268-MDC |
| Debtors | : | |

**AMENDED ORDER**

**AND NOW**, upon consideration of the Amended Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $1,500.00.

Dated: July 13, 2023

_____
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE